IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-cr-00493-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PAUL MICHAEL WRIGHT, JR,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   December 14, 2011**

      Review Hearing set for December 30, 2011 at 11:00 a.m. is **VACATED** and rescheduled to January 03, 2012 at 11:00 a.m.